UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDUARDO GUIMARAES and
MARCIA CARMO .,

                Plaintiffs,                    16 **CIVIL** 3388 (PKC)

        -against-                      **JUDGMENT**

BERKSHIRE COAL CORPORATION,
LAURA UTLEY, and individual
BENLEY BLUIM, an individual,
                      Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated September 18, 2018, judgment is hereby entered in favor of Plaintiffs, Eduardo Guimaraes and Marcia Carmo against Bentley Blum, an individual, in the sum of One Hundred Thousand Dollars ($100,000), together with simple interest from the date of entry hereof (of the attached Affidavit for Confession of Judgment) at the statutory rate, plus costs and disbursements, less $10,000 paid pursuant to the Settlement Agreement dated in or around January 23, 2018.

**Dated:** New York, New York
         September 19, 2018

                                                    RUBY J. KRAJICK
                                                    Clerk of Court
                                             BY:
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/19/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO GUIMARAES and
MARCIA CARMO

                Plaintiff,            Case No. 1:16-cv-03388-PKC

v.

BERKSIRE COAL CORPORATION,
LAURA UTLEY, an individual
BENTLEY BLUM, an individual, and

                Defendants.
_____/

### AFFIDAVIT FOR CONFESSION OF JUDGMENT

STATE OF FLORIDA       }
COUNTY OF MIAMI-DADE   } ss.:

**Bentley Blum**, being duly sworn/affirmed, deposes and says:

1. I am an individually named Defendant in this action and have a residence address of

                20010 Highlands Lakes Boulevard
                Miami, Florida 33179

2. I hereby confess judgment in this court in favor of the Plaintiffs, **Eduardo Guimaraes and Marcia Carmo,** in the sum of One Hundred Thousand Dollars ($100,000), together with simple interest from the date of entry hereof at the statutory rate, plus costs and disbursements, less amounts paid pursuant to the Settlement Agreement dated in or around January __, 2018, and do hereby authorize the Plaintiffs or assigns to enter judgment for said amount.

3. This confession of judgment is for a debt justly due or to become due to the Plaintiffs arising out of facts as alleged in the pleadings in this case regarding underpayment of minimum wage and overtime wages to the Plaintiffs.

_____         __JAN 16, 2018_____
Bentley Blum                                                        Date
In His Individual Capacity

Sworn to before me this _16_ day of _January_, _2018_

_____
NOTARY PUBLIC
My commission expires on:



MICHAEL I BERNSTEIN
MY COMMISSION # GG063064
EXPIRES April 01, 2021