ABSTRACT OF JUDGMENT

Re: Guimares v. Berkshire Coal Corporation, et al.

Case Number: 1:16-cv-03388-PKC

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| **Bentley Blum, Defendant**<br><br>c/o Attorney Michael Bernstein, Esq.<br>3050 Biscayne Blvd.,<br>Suite 403<br>Miami, FL 33137 | EDUARDO GUIMARAES and MARCIA CARMO<br><br>C/O Attorney Penn Dodson<br>PMB 255<br>196 Alps RD<br>Ste 2<br>Athens, GA<br>30606 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $90,000.00 | Penn Dodson<br>AndersonDodson, PC<br>penn@andersondodson.com<br>11 Broadway, Suite 615<br>New York, NY 10004 | September 19, 2018 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York ▼, New York

**RUBY J. KRAJICK, Clerk of Court**

_____
By, Deputy Clerk